STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Robert A. Mahtook, Jr.
Mahtook & LaFleur
P. O. Box 3089
Lafayette LA 70502-3089

**REHEARING ACTION: April 13, 2016**

**Docket Number: 15   00898-CA**

**VIRGIL MCCOY
VERSUS
TOWN OF ROSEPINE, ET AL.**

**Appealed from Vernon Parish Case No. 87,849, Div. A**

**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux
> Hon. Sylvia R. Cooks
> Hon. Jimmie C. Peters
> Hon. Marc T. Amy
> Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing and the request for en banc rehearing filed by **Rosepine Seniors Apts.**

**Partnership, et al** has this day been

> **DENIED.**
> Amy, J., would grant the rehearing and deny the request for en banc rehearing.
> Genovese, J., would grant the rehearing and deny the request for en banc rehearing.

cc: Bradley John Gadel, Counsel for the Appellant
    Jason Bell, Counsel for the Appellant
    Gregory Alexis Grefer, Counsel for the Appellee